IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NANCY HAMILTON | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.:1:19-cv-01981-CCB |
| DANIEL HERSL, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF PARTIAL DIMISSAL

The parties hereby stipulate to a dismissal of counts XXX (Civil Conspiracy) and XXXI (Aider & Abettor).

WHEREFORE, Plaintiff respectfully requests that the matter so reflect said dismissal of counts XXX and XXXI.

Respectfully Submitted,

_____/S/_____
James L. Rhodes, Esquire Bar #25795
Tamiya Baskerville, Esquire #28794
6600 Belair Road
Suite 2A
Baltimore, MD 21206
(410) 254-2404

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Partial Dismissal was filed on this 3rd day of January 2020, with the United States District Court of Maryland and served electronically through the Court's electronic filing system.

_____/S/_____
James L. Rhodes, Esquire Bar #25795