IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NANCY HAMILTON | * | RECEIVED IN THE OFFICE OF CATHERINE C. BLAKE |
| Plaintiff | * | JAN 0 6 2020 |
| vs. | * | Civil Action No.:1:19-cv-01981-CCB |
| DANIEL HERSL, et al. | * | UNITED STATES DISTRICT JUDGE |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF PARTIAL DIMISSAL

The parties hereby stipulate to a dismissal of counts XXX (Civil Conspiracy) and XXXI (Aider & Abettor).

WHEREFORE, Plaintiff respectfully requests that the matter so reflect said dismissal of counts XXX and XXXI.

Respectfully Submitted,

/S/
James L. Rhodes, Esquire Bar #25795
Tamiya Baskerville, Esquire #28794
6600 Belair Road
Suite 2A
Baltimore, MD 21206
(410) 254-2404

*Approved CCB USDJ 1/6/20*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Partial Dismissal was filed on this 3rd day of January 2020, with the United States District Court of Maryland and served electronically through the Court's electronic filing system.

/S/
James L. Rhodes, Esquire Bar #25795