IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NANCY HAMILTON | * | |
|     Plaintiff | * | |
| vs. | * | Civil Action No.:1:19-cv-01981-CCB |
| DANIEL HERSL, et al. | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT REQUEST TO STAY EXPERT DISCLOSURES AS TO PLAINTIFF AND DEFENDANT BPD

This Court having stayed discovery between BPD and Plaintiff as a result of the consent Motion to bifurcate, Plaintiff and Defendant BPD hereby also request that the Court stay expert disclosures between BPD and Plaintiff until the resolution of BPD's Motion to Dismiss and resolution of the underlying claims against the Defendant officers.

WHEREFORE, Plaintiff respectfully requests that the Court sign an order reflecting the same.

Respectfully Submitted,

_____/S/_____
James L. Rhodes, Esquire Bar #25795
Tamiya Baskerville, Esquire #28794
6600 Belair Road
Suite 2A
Baltimore, MD 21206
(410) 254-2404

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Partial Dismissal was filed on this 15th day of January 2020, with the United States District Court of Maryland and served electronically through the Court's electronic filing system.

                                                                                    /S/_____  
                                                                                   James L. Rhodes, Esquire Bar #25795